USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
DAMON ASH, :
:
Plaintiff, :
:
-against- : 1:16-cv-9548-GHW
:
CITY OF NEW YORK, LIEUTENANT : ORDER
LEAHY, OFFICER McKENZIE, BETTY :
JACOBSON, SERGEANT LEE, LAURA :
PORSCHAR, and NORMA KLEIN :
:
Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In response to Mr. Ash's letter dated January 13, 2020, Dkt No. 138, the Court extends the deadline for Mr. Ash to file an affidavit providing factual support for an argument that the statute of limitations should be equitably tolled to February 15, 2020. The Court also extends the deadline for Mr. Ash to file an amended complaint to March 1, 2020. The Court reminds Mr. Ash that these are real deadlines and that he should not expect further extensions of time.

The Clerk of Court is directed to mail a copy of this order to Mr. Ash by first-class and certified mail.

SO ORDERED. Dated:

    January 28, 2020
    New York, New York

_____
GREGORY H. WOODS
United States District Judge