1-16-CV-9548-GHW

# Content

Repleaded Amended Complaint / Equitably Tolled = pg 1-14
with Exhibits A through Y

The Conclusion = Pg 15-17

(Then After these pages begins)

Motion For Equitably Tolling = pg 1-4

Case Laws page 5-8



JAN 30 2020

## Repleaded Amended Complaint/Euitably Tolled

In the year 2011 I Damon Ash moved into the following address,which is 219 Henry St. that is owned by the defendants the United Jewish Council.Upon moving into their building I also started to attend services at their synagogue also. During this time in 2011 which is the first year of me living there,I was asked continuesly to give up what ever meds I had to them and to attend specific programs in which they said that I had to attend in-order to live there.At first I was clueless as to why I had to do these things when I had no drug issues,nor any serious mental health defects,so I went over my lease to make sure that this was not something that I overlooked that had to be done in-order for me to live there.This 2011 lease can be seen in an exact same lease that I signed in 2015 which I marked exhibit "A",and I have provided the Courts with the Housing Preservations documents with it that I have marked exhibit B through E which are front and back documents to show that there was no such thing as me having to attend any kind of meetings in-order to live there.

I went to one of the employees who worked for the United Jewish Council and asked him why I was be harrassed and told by him and Larua porschar that I had to attend these meetings in-order to live there when my lease never states any such thing.Mr. Craig Pride being the man in whom I speaking of who works for the United Jewish Council went into a scheme of how the United Jewish Council makes there money by sending its residents to outside originizations which charges up your medicaid card and they in return for you going there they get a kick back from what ever they charged.He also elaberated on how they would give me a letter for me to go down to Gold St in Manhattan to apply for a section 8 grant and once I recieved it,it would be given to them where they would use it for at least a year,where they rented illegaly inspected rooms with these section 8 grants

I was stunned at what I was hearing. Here it was,I was living in a building that was registered as a NYCHA building privetly owned by the defendants the United Jewish Council whose claim to the world was that they were Yahwehs "so-called" chosen people,but had built an empire of owning buildings and apartments off of a housing ponzi scam by renting rooms with federal governed section 8 grants,while running a medicaid scheme getting kick backs from outside mental health groups and programs, and running programs out of These HUD and NYCHA buildings, which were all illegaly inspected to look like studies, 1 bed & bedrooms, on paper, but were actually rooms that the government paid for at 2,600 dollars to 3,400 dollars a room under these Federal Section 8 grants.

## Repleaded Amended Complaint/Equitably Tolled

This is when all the harrassment,threats,defemation,and discrimination started from the United Jewish Council and its partner in crime which was the 7th precinct which was lead by Lt.Leahy.The year of 2011 started off with Laura Porschar consistintly banging on my door early in the morning waking me up, and when I didnt answer my door,she would use her master key to let herself into my place of residence stand over my bed while yelling and screaming to annoy me and to get me up.My guest were not allowed to come in like the other residence.My guest were made to stand outside in the rain while I came downstairs to excort them to my place.

In the meantime while this was going on,I pleaded with Betty Jacobson and Norma Klein to speak with their employees who went out their way to brake my rights and make my life a terror by all means necessary,but all she did was laugh it off and tell me that if I wanted it to stop,I had to abide by their rules and do as they asked because this is how she made her money off of her tenents.

While I am going through all of this I kept up my worship with members of the United Jewish Counsel,who after every service made it a point to question me about my past and my connection to Judaism.I explained to them how my dads side in historical records written by Queen Elizabeth who described my dads side as black Moors( who were actually Hebrews),and that these Black Moors were mixing in with Britians society.She ordered them to be sent to the states where they were emancapated bought and owned a significant amount of land in Alabama where after some time the Federal Government bought the land from them to build an army base on and from there they moved to Syracuse N.Y..

I also let them know that my moms side came over to the States by my Great Grandfather and lived in the lower eastside in the same community as I was currenlty when it was called little afrika.And that this same synagogue in which I am/was worshipping in,was the first synagogue in the city,and it was these same jewish people that were from this place that regonized my Great GrandFather as a True Judean who came to NYC from St.Anns Jamaica.Upon arriving from St.Anns Jamaica my Great GrandFather had no green card or papers.The Rabbi's who took a liken to him drove him to the Carolina's where they found a simular man of his age which had past away and gotten his birth records and changed his name to this man in-order for him to earn citizenship.

## Repleaded Amended Complaint/Equitably Tolled

Some where in my mind I thought that this truth and by me showing them who I was and my past would make a difference,but it didnt.I also thought by me worshipping with them and by me having the Love for the same God would make my situation better and ease the tension at the place I was living,but I was very wrong,because things only began to escalate and get worst.

In the year 2012,the harrasment moved up to another level.Laura Porschar, Betsy Jacobsom,and Norma Klein,had come up with a whole new way to brake my constitutional rights.My guest were all questioned while they came up with a new rule.All of my guest had to show I.D.,and Craig Pride was to write their name and address of who they were.No other person but me was going through this.I was not allowed to drink in my apt,and if I did they called the police on me.The 7th precinct started to become the norm for them to use while threaten me to either have me locked up,or kicked out.

Around this time is when I started up my Youtube page,"Shalel Ash",and made it a point to record everything they were doing while saving it just in-case I needed it as proof.I also started calling Aternal Affairs and the C.C.R.B., on the 7th precinct who the United Jewish Council was using to braking my rights. And I called the dept of health and building inspection unit,on top of H.P.D and NYCHA which can be seen in Exhibit "F" and "G",after learning and recieving a letter from housing preservervations that they recieved 3 million dollars for each building they own (and they owned numerous amounts of these buildings) but had failed to use this money to fix them up,but did take this same money to but other properties and turn those into Condominiums.(Example of this can be seen in the building on Montgomery and East Broadway on the Lower eastside). (I would like to make it clear that due to my incarceration I could only come up with the Exhibit of 2014 and 2015 housing inspections to prove my factual words in this case but the record will show that they go back as far as to 2012 and 2013).

During my freedom of expression and under my Constitutional Rights,I made Youtube videos sharing the,"The Truth",behind the scritpures of the bible and there meanings while sharing with the people of this world,who the real Hebrews Israelites were that the world calls Jews after months upon years of worshiping around the United jewish Council.What lead to me putting up the youtube channel was a series of events of being questioned,my own personal spiritual experience,and an expense paid DNA test that was done by the members of the United jewish Coucill,which during one of the High Holy days infront of a cummunity of people came out and admitted to me that I was

A real bloodline Jew (Hebrew Israelite) and that my ancestors were the people in the bible known as Hebrews.I posted things such as them in their place of worship admitting that they are converts while teaching there fellow Ashkenazi members how the prophecies spoken of in the bible were coming true and that the real Semitic Blacks in this world were waking up to who they actually are.I also recorded them and posted on my Youtube them saying how many of the blacks in NYC were walking around claiming to be from the Tribe of Judah and how they needed to combat this awakening to hide the truth.

Along with posting that I also posted things such as Exhibt "H",which shows how the middle east back then was full of people from different nations that were people of color like this pic of the real Assyrians.I also put things and talked about the truth of their conversion which can be found in any almanac,or in any book such as Exhibit "I",and "J",which is a book called "the birth of Europe" which gives you the factual information of there history.Along with real pics of a relief in Carchemish of the Jews in Exhibt "K", which shows Afro-Asiatic Hebrews (JEWS),in the time of King Josiah with dreadlocks wearing their religous garments with the signature fringes (tzitzites) on the sides of their robes.

I also made it a point to share scriptures which points directly to us in prophecy such as Psalms 83:3-6,which says "for your enemies rage,your foes assert themselves.they plot craftily against your treasured ones.they say, "Let us wipe them out as a nation;Israels name will be no more".Unanimous in their counsel they have made an alliance against you--the clans of Edom and the Ishmaelites".Isaiah 54:11 where the Most High God calls us,"unhappy,storm toosed ones".The prediction of the atlantic slave trade in Deuteronomy28:48 which speaks of an iron yoke/chain around our neck from a nation from afar that will swoop on us like an eagle.Deut 28:68 where it says We will be brought up on ships and sold as bond woman and men.The whole chapter of 28ia Deuteronomy shows the curse that fell upon us in the days of slavery by showing how we will plant vinyards and not eat of them,and build houses and not live in them.How are captor will sell to us and us not to them and ect.

I also shared with Christians how Jesus (Yahshuah) also predicted the Atlantic slave trade by saying in Luke 21:25,that nations would be perlexed because of the roaring of the sea and its waves.while showing how Yahshauh was not hung like so many have taught which is a cross like symbol that we see on the churches today but a tree such as in Exhibit "L",which actually

(storm-tossed meaning the seas of the Atlantic's slave trade)

shows a black man hanging from a tree,which Yahshuah predicted in the
scriptures when he said,"Just as Moses held the serpent upright on a pole
so shall be the son of man".The greek word used in the Greek text when it
was translated was the word,"starus" and "xulon" which means an upright pole
or stake.And that the image of Christ came about from the family of popes
called the Borje's.Who alexander Borje the pope asked Leonardi Divinci to
paint the image of Christ and since he was having sexual relations with his
son Ceasar Borje he painted the image of Christ in his lovers image,Ceasar
Borje.You will never see the Pope walking around with that Image,but of an
image of a Black Mariam and Black baby Yahshuah.

This enraged the United Jewish counsel who in return called me the
devil and demons.They made sure to tell tenents,staff and the 7th precinct
that I was a demon and the devil which is what I would here from tenents and
the police when ever they encountered me.I even proved that they are not
semitic at all and that the word semitic means Shem and to be from the blood
line of Shem you had to carry either an E2B1 Haplo-group or an A1B2-M91 such
as myself which they took of me and an anthropologist and archeaologist from
]Israel verified.This means that the anti-semitic law only applies to that
people of that bloodline, which are the Afro-Asiatic/Afro Americans and corrabian West indies people.

I started to see pieces of paper that I took pics of and recorded on
the wall outside of my home calling me the devil and a demon and the police
did the same.When ever I had company Laura Porschar would call the police and
they would come and threatened my guest to leave or they would charge them
with tresspass.And i would call Betty jacobson asking it to stop with a
response from her,"that it will stop once I move and stop doing what I am
doing in my room and take down the Youtube Channel".I then started to see that
the rumors of my DNA had spread through-out the community of the Ashkenazi
jewish when their kids and youngones were approaching me asking me questions
about the bible.

Since I was a man of Yahweh and my saviour Yahshuah I would tell them
when they asked who was the Messiah that Jesus (Yahshuah) was and to read
the book of Isaiah chapter 53 and they would have their answer and see that
he fullfilled the prophecy.This and my teachings of the past,plus a teaching
on Ezekiel chapter 38 and 39 which shows how it was prophecied that Yahweh
would one day lure Magog down to his land,and how Genesis chapter 10 pointed
to who Magog was which were the Ashkenazi who dont call themselves Hebrews
nor do they claim to be Israelites. The Letter J is only 500 yrs old. Jewish is a yiddish
word and came about in the 17th century with the yiddish language that was invented in the 17th
century, which Looks like Hebrew and mimics it. The Look and Press of the ashkenazi was also
invented 250 yrs ago out of Poland. They are not from shem but from the bloodling of Japeth the sons
of Magog Ezekiel chpt 38, 39 and Rev 20:8, 2, 3, 4, Semitic means to be a people from Shem/Shemitic

So when I did this and they saw that I also spoke on Youtube on a prophecy that Yahshuah (Jesus) spoke of about them in the book of Revelations that said in Rev 2;9,"I know your poverty (even though you are rich) and I know of those that say that they are Jews and are not,but are a synagogue of satan" along with Rev 3:9 that says "Behold I .will make those of the synagogue of satan who say they are Jews and are not but lie--",things got even worst.

In the year of 2013 the 7th precinct officers started coming by my place with threats to lock me up if they caught me ouside my home during the day.On May the 16th 2013 me and my cousin was sitting in the park while he was drinking when this threat came true and Mr. Lt. Leahy and another officer Pom Conte pulled up on the side of the road got out of the.Pom Conte called my cousin over and gave him a ticket for drinking.Lt. Leahy then looked over to this officer and called me over while telling him to take my I.D. and runs it. I was locked up for an out of state Minor Misdaminor in which there was no extradition warrant for but Lt. Leahy made it seem as if there was.I was never arraigned on anything and sat in jail for 20 to 30 days before I recieved a pink piece of paper from the gaurd saying I was being released. In July of 2013 my life would be turned around forever.I was engaged to a young lady by the name of Victoria Hamilton.Vicci was from England and came from a very prominent Isrish family in Yorkshire Leeds.Through a bad experience that her father had in the 80's he would preach to me each visit and to her how Anerica was built on hate and racsism.We also had a son together.Even though he wanted and tried hard to make sure that we would live in England after we got married my bussiness was growing so we decided to live in the City.Vicci who was a director for thee biggest dance company out of London had been working with Broadway dance when in July 2013 she stopped by to see me,take a shower so we could head out to eat.The police again were called by Luara porschar and the United Jewish Counsel.They walked into my home and went into the bathroom while she was taken a shower and told her to get dressed.I jumped on the phone and tried to call atternel Affairs and tell them but it was to late.they were escorting her out of the building.

She was so upset over what happened that she left NYC and said she was never coming back.the woman of my life had left me and because of this and the on going harrassment she ended what ever plans we had on us getting ]married and her moving to the States.

I became depressed and scared for my life that I wouldnt leave my place. I tried to make police reports but they all fell at a dead end through Lt, Leahy who told officers that told me that they were not to take any reports that had to due with my address or the Untied jewish counsel. Even though we had split, Vicci during a Skype conversation suggested that I see a psychiatrist who would help me get through what i was going through and record all the things that was being done to done to me. I was diagnose with manic depression

So I did. I started to see someone on St.Marks place and about around the same time That I was falsley arrested by Lt.leahy in may of 2013 the United Jewish Counsel had tried to bring me into housing court to have me evicted on false claims. this can be seen on Exhibit "M". This case the United Jewish counsel had dropped after Judge Phyllis Sax heard of all the Illegal activity they had committed and seen that they were committing a crime through the buildings they owned and ordered an investigation into them because they had each of their buildings registered under 2 or 3 different entity's.

Right after this members of the United Jewish Counsel made comments about my beliefs while calling me a nigger and saying things like"nigger want a watermelon". From 2014 to 2015 I would have detectives like the ones in the summer of 2014 who were two white male detectives who banged on my door 12:30 to 1 a.m. in the morning telling to comeout and that I had a warrant for my arresst. I knew I had no warrant and asked them what did they want and they told me that they wanted to help me move. I recorded it all on my Iphone as they spoke but I refused to answer the door. After seeing that I wasnt going to come out, they made a comment that I should move or find myself in the Hudson. I was so scared that I called a friend from the nieghbor-hood after waiting for an hour or so after they left, and had him meet me so I could stay with him that night.

The next morning I made another report to aternal affairs and this time I called the FBI. the threats and harrassment became a norm that I called the FBI frequently on the 7th Precinct and the Untied Jewish Counsel but it didnt seem to stop them. It wouldnt be until one day when I was leaving the section 8 building that I would run into a federal officer of the FBI and have a conversation with that I learn that I had other avenues that I could take.

## Repleaded Amended Complaint/Equitably Tolled

I was dignosed as a manic depresive and other mental disorders which caused my to take medications like‖Depakote‖Remron,Listrol‖and Lithuim.Everytime I lesft my home home I would have to call a group of friends to meet me and escort me down to St.Marks Mental health facility for fear of my safety.It was late one night that I was once again posting a youtube video when I got a call from Craig Pride an employee of the United jewish counsel who had informed me that I waqs to take down the videos or the consequences with the police would get worst.

We argued over the phone while he stated that the police and Ms.Jacobson were right,I was a demon.The next day two Jane doe and John doe detectives were called by Mr.Craig Pride who told them to search my home.I let them tare up my place after they told me that they would arresst me if I didnt.Why was this case ever dismissed over Mr.McQueen did his own investigation and was in support of protecting hte defendants was beyond me. It had already been shown that they old no regard for the Law,and would do anything to nprotect their criminal activity.In my mind I though that since the federal courts had their own investigators that they would send some to research this claim,and not hov the defendants lawyers ask a man whoactually called these same and who committed at least 10 Federal felomies against by signing my name of federal mail and courts documents in which I tried to press charges against but Lt.Leahy wouldnt let‖Would not go down the avenue of trusting these same people to tell the truth.

With out me getting into specifics since I have already gave the courts an outline with dates I will just say that 2015 started of with me getting getting my door kicked in which you already know the story‖but what you didnt ]know is that I apparently was also back in  housing court which I had known nothing about due to that fact that craig pride was stealing all my mail and signing for things without my knowing about it.This is in Exhibit "N". The things that he was illegaly signing for‖stealing and ect.‖Where things such as packages and cards from my son and his mother in Emgland.court documents,and things I have uptained and needed to try to start a civil case against the defendants.

During all this time I was getting harrassed and threatened by the 7th precinct I would like to make it clear that in over half of these incidents SGT.Lee was either present or the officer in charges under Leahy.

April of 2015 I was assualtd and called niggers which can also be seen on my
Youtube page||and tried to call the police about the incident.Officers showed
up but instead of arresting the people who were involved in my building||they
told them that the landlord wanted me out and stated how the landlord called
me the devil and ect. ,and walked them through with how to set me up with an
assualt case so they could arresst me.I recorded the whole thing on my Iphone
like I did everything else.2 days later one of the men tried to get me to
assualt him and called the police and officer McKenzie arrested me.

He made jokes at this time that I was a demon and repeated to me how the
Untied Jewish counsel and Leahy thought and said the same.so him putting it
on my arrst sheet and court documents was not a mistake it was done purposely
as you can see with all the past events that had taken place.Now this is
where I say"God does things and has a purpose and reason for what happens
in our lives".Going back to what I was saying in page 8 on the last paragraph
about the FBI agent I had met.

While walking to Gold St. to the section 8 building I was fealing that
all was lost for me.I was making attempts to file a civil case but was coming
up short with all the information I needed thanks to Craig Pride stealing and
signing my mail.And by the 7th precinct not giving me the names of the
dectives and officers I needed.And even when one of them did||it would be of
someone that didnt esist.

I happened in the year of 2015 either the spring or summer,run into a
young beatiful lady.This lady was walking away from Gold St.|| so I thought
at first that she worked there when I stopped her to talked to her.She was a
Latino beatiful woman about 5'10",with long black hiar and could of been a
model or actress if she didnt pick law enforcment as her Forte.I stopped and
talked to her and told her about all the illegal activity of the United
Jewish Counsel and how they had hand picked people in place in Gold St. ,
and other entities where they could cover their tracks to commit their white
collard crimes.

After I said all of this this young lady smiled and told me that she
didnt work for them.I was embaresed and asked her what did she do for a
living?She explained to me that she was an FBI agent and that she use to be
a field agent but was now working for the Federal Courts under a certain
Judge which she never named.

## Repleaded Amended Complaint/Equitably Tolled

I explained to her what I had been through and what I was trying to do to expose these people and in return she threw me a bone by given me some advise and letting me know to keep up what I am doing because it sounded like I was on the right track.Since I was purposely was being mislead by the 7th precint and the United Jewish counsel about the who was who to file a civil case.I decided to make a paper trail by going to representives of the City to inform them of everything I was facing and let the FBI know what was going on even more.

During one conversation with the FBI I asked why hadnt they done anyhting about the complaints and the reports I was given them on all the criminal activity of the defendants.He explained that it took time and that they didnt work like the police.I also went to some Asian ladies office who was some kind of political rep for Manhattan to complian and show what was going on.During this time I had suffered a bad knee injury from the Jan 26 2015 incident and was see a theripist for my knee in which I needed cruthes and a knee brace just to get around.

I must of went to every lawyer I found that would take a civil case and as told the same thing by all of them,which would all say these exact words after finding out that the case had to do with the 7th precinct and the United Jewish Counsel,"Do you know who they are and who you are dealing with?" The answer would be No but on one occasion a lawyer said the same thing and when he did I came out and said,"yes a criminal orginization",he in return said "your right,so your best bet will be to get someone who does not live in NYC to file this case for you".

I was infront of 111 Centre st when this happened and I will never forget this moment that this man said this to me.I must of stood frozen in front of that court with fear for at least 20 minutes.(111 Centre st, court house is where I tried to find me a lawyer for at least 2 weeks before this was told to me).On the side of the court there is something like a park there where people sit,and I went there and cried with my face in my arms.I started praying to God and Jesus and kept thinking,"what in Yahehs creation have I gotten myself into?What kind of trouble have I gotten myself into?"As foolish as this may sound I once again called the FBI and let them know what I just found out and walked across the street to the D.A's office and asked to speak to the head D.A.,Cyrus Vance Jr.the person at the front desk took a short message as to why I wanted to see him which I told him of what I was going

through and by whom it was done by,left my number and name and then left.I
thought about going back down to the Attorneys General's office as I had
before somany times,but decided to go to Brooklyn to search for another
lawyer.I waited in front of the court house and asked every lawyer I could
find when I approached one who was willing to hear me out.After he heard me
out I made sure to tell him what the other lawyer said about them being a
mafia and the 7th precinct being a crokked police force to see if I would get
the same response from him as I did the other,and if I did,with this man
being from Brooklyn,it would confirm that what I heard was true.

His response was that what I was told was true and he even went further
to comment that the 7th precinct is one of the dirtest precincts in NYC and
has been for ages.He also let me know that the other lawyer told me right
when he told me that it was better to get someone from the outside to help me
while also letting me know that since it was these people (the defendants),
I was dealing with that it would be better if I filed my complaint in the
Federal courts.After he told that it would cost me 350 to 450 dollars every
word he said after was BLAH BLAH BLAH.I didnt have that kind of money and I
had lost everything because of these people so I filed my complaint and went
through the Supreme Court.This is Exhibit "O".Now this is the same filed
complaint that when on a conference call with Judge Woods and Mr.McQueen a
after the Judge hung up,that Mr.Mcqueen admitted to seeing on the computer
and stated in his own words that he seen that it was filed in a timely fashion.

The document that shows that it was filed 6 months late,is a amended
complaint that I had to do after learning that once again just like the United
Jewish Counsel and the 7th precinct did,I was duped and thwarted by those
who worked in the office(or one man at least) who told me that I had to put
the 7th pricinct instead of the City of New York and then I had to have
someone serve them at the precinct which was another lie after learning it
was 100 Church st that I had to drop the parers off to.

The allagations of them the United Jewish counsel being a big criminal
orginization got even more confirmed after going to the DA,s office when I
was called by the defendants employees to go to Norma kleins office which was
on East Broadway because she wanted to talk to me.I had my set to record
because I was not at ease at what I just had found out.I walked into her
office and was told to take a seat by her as she reached for the phone to make
a call.My jaw dropped to the ground and my eyes fell to the floor,I couldnt

believe it,this woman purposely called the head DA to show me the power that they had and the peole that they had in their pocket.She warned me of not making any attempts of doing such a thing and then told me to leave.I was in pure shock.I went to my therapist and told her everything and then tried one more time to talk to Lt.Leahy in hopes of letting him know what kind of people he was looking out for thinking that he might still have a grain of good left in him.

Once I told him that he was helping out a mafia and added in the fact of the threats on my life and what these type of people are capable of|'all he did is smile and say to me that,"All that killing stuff doesnt happen any more".He refused to help me again so I walked out.I went and grabbed a beer and walk over to the projects to sit on a bench and played everything I went through over in my head.I didnt put all of this in my complaint before like I am now|'but it all started to make sense.Right after Leahy's false arrest|' he would pop up were ever he saw me.One night me and my cousin the same one he gave the ticket to were eating pizza and he made it a point to walk in the pizza joint off of Delancy and stand over us while we ate so we left the place.This man and his officers harrassed me every where they seen me in and outside my home.

I found out that the attorney general at that time was also in their pockets also.Exhibit "P" and Q will show you the efforts I made.While Exhibit "R" is a statement from a person who heard one of the other employees of the United Jewish counsel who lived in my building call me a nigger.I started to get statements from people who knew me in my building and from security guards who were told to check my home when I wasnt around which is Exhibit "S" "T" "U" and "V".Exhibit "W" is a statement from the security guard at tha time that was there when the person who the 7th precinct talked into filing a false report of assualt on 4/22/15 where officer McKenzie called me a demon ,admitted to the DA's office that they made himndo it so my landlord could evict me and get me out.Exhibit "X" is the investigation that I had done on Luara Porschar after she pretended to a docxor.

It would seem that after all of this they would filnally get what they wanted after ā made an ex-friend mad at me by telling his girlfriend that he planned on stealing her gun because he had issue also with Craig pride and I didnt want to see anyone get hurt or killed even if they did all the things that these people had done to me.

With me always preaching on youtube and too the people in my nieghborhood and in the building I thought it was only right to let this mans girlfriend know what he had planned in front if him while she was there about her gun.This enraged him but I didnt care.I left for New Jersey to spend a couple of days with my family and when I got back this man broke into my home and started attacking my with a knife/razor.

Once the 7th precinct came he was charged with burgarly and assualt with a weapon and I was charged with assualt even though it happened in my home. He never made it to see a judge and had his charges dropped by a prosecutior who was a friend of the defendants‖while reciving some money and immunity. All to lie and testify against me.I bailed out and was offered 30 days in jail to miss the housing court case with a threat to get indicted on felonies if I didnt take it.As you can see I am hear and didnt take it.

But before I got here to prison on trumped up charges ;and a bogus trial. I was offered to have a meeting which I recorded everything.Me and Ms.Jacobson had a meeting.On the same phone were I recorded all the things that were done to me and on the same Iphone i recorded convo's with Leah and Ms.Klein calling Cryus Vance Jr.‖,I also recorded our meeting.In this meeting she offered me 7.500 dolloras with a promise from me to move out of her building and NYC and never come back‖and for me to sign a gag order‖and to drop the civil case against her and the 7th precinct.I had told her it was a deal only if she called her friend Cyrus Vance Jr. and had the flase charges of me protecting my self in my home where I was charged with assualt dropped against me.

She was hesitent at first and went into how did she know that if she did have the charges dropped I would move and not stiff her.I gave her a garuntee that I would and we agreed to have our lawyers work the rest out which at that time I had a housing lawyer.I seetened up the pot by also getting all this in text messages.AFter speaking to my mom who let me know that I was fallen short to these people and to put my faith in GOD I turned it all down.

the rest is written history with my faith in God,

that someday soon someone will see the corruption,

not only in the things that happened to me in this case,

but also see the truth of the corruption that took place in my criminal case!

Exhibit "Y" is a Court document sent from Judge Katz who was the Supervising Judge at that time and in it you will see in the second paragraph were she she made it clear that she was aware of this bribe and corruption and advised me to go to the DA which as you know I couldnt because he was apart of them.

# ATTACHED RIDER SETS FORTH RIGHTS AND OBLIGATIONS OF TENANTS AND LANDLORDS UNDER THE RENT STABILIZATION LAW. (LOS DERECHOS Y RESPONSABILIDADES DE INQUILINOS Y CASEROS ESTÁN DISPONIBLE EN ESPAÑOL.)

The Landlord and Tenant agree as of .......................... 19.......to lease the Apartment as follows:

**A A**

LANDLORD: **219 Henry Street H.D.F.C**
Address for Notices **219 Henry St**
**NY N- 10002**

TENANT: **Damon Ash**
**219 Henry St 4A**
**New York N.Y**
**10002**

Apartment (and terrace, if any) ............ at .........................
Bank ...........................................................

| Term **1 (year)** | beginning **August 1, 2014** ending **July 31, 2015** |
|---|---|
| Yearly Rent $ ........... | Monthly Rent $ **820.00** Security $ ........... |

**1. Use** The Apartment must be used only as a private Apartment to live in as the primary residence of the Tenant and for no other reason. Only a party signing this Lease may use the Apartment. The Apartment is subject to limits on the number of people who may legally occupy an Apartment of this size.

**2. Failure to give possession** Landlord shall not be liable for failure to give Tenant possession of the Apartment on the beginning date of the Term. Rent shall be payable as of the beginning of the Term unless Landlord is unable to give possession. Rent shall then be payable as of the date possession is available. Landlord must give possession within a reasonable time. If not, Tenant may cancel and obtain a refund of money deposited. Landlord will notify Tenant as to the date possession is available. The ending date of the Term will not change.

**3. Rent, added rent** The rent payment for each month must be paid on the first day of that month at Landlord's address. Landlord need not give notice to pay the rent. Rent must be paid in full without deduction. The first month's rent is to be paid when Tenant signs this Lease. Tenant may be required to pay other charges to Landlord under the terms of this Lease. They are called "added rent." This added rent will be billed and is payable as rent, together with the next monthly rent due. If Tenant fails to pay the added rent on time, Landlord shall have the same rights against Tenant as if Tenant failed to pay rent. If a check from Tenant to Landlord bounces, Tenant shall be charged $25 for processing costs as added rent. If rent or added rent is not received within 5 days of the due date, Landlord may charge the Tenant a late fee of (1) $25, or (2) 1½% of the sum due, each month, as added rent.

**4. Notices** Any bill, statement or notice must be in writing. If to Tenant, it must be delivered or mailed to the Tenant at the Apartment. If to Landlord it must be mailed to Landlord's address. It will be considered delivered on the day mailed or if not mailed, when left at the proper address. A notice must be sent by certified mail. Each party must accept and claim the notice given by the other. Landlord must notify Tenant if Landlord's address is changed. Tenant must notify Landlord if Tenant joins the U.S. Military or becomes dependent on someone in it.

**5. Security** Tenant has given security to Landlord in the amount stated above. The security has been deposited in the Bank named above and delivery of this Lease is notice of the deposit. If the Bank is not named, Landlord will notify Tenant of the Bank's name and address in which the security is deposited.

If Tenant does not pay rent or added rent on time, Landlord may use the security to pay for rent and added rent then due. If Tenant fails to timely perform any other term in this Lease, Landlord may use the security for payment of money Landlord may spend, or damages Landlord suffers because of Tenant's failure. If the Landlord uses the security, Tenant shall, upon notice from Landlord, send to Landlord an amount equal to the sum used by Landlord. That amount is due, when billed, as rent. At all times Landlord is to have the amount of security stated above.

If Tenant fully performs all terms of this Lease, pays rent on time and leaves the Apartment in good condition on the last day of the Term, then Landlord will return the security being held.

If Landlord sells or leases the Building, Landlord may give the security to the buyer or lessee. In that event Tenant will look only to the buyer or lessee for the return of the security and Landlord will be deemed released. Landlord may use the security as stated in this section. Landlord may put the security in any place permitted by law. Tenant's security will bear interest only if required by law. Landlord will give Tenant the interest when Landlord is required to return the security to Tenant. Any interest returned to Tenant will be less the sum Landlord is allowed to keep. Landlord need not give Tenant interest on the security if Tenant is in default.

**6. Services** Landlord will supply: (a) heat as required by law, (b) hot and cold water for bathroom and kitchen sink, (c) use of elevator, if any, and (d) cooling if central air conditioning is installed. Landlord is not required to install air-conditioning. Stopping or reducing of service(s) will not be reason for Tenant to stop paying rent, to make a money claim or to claim eviction. Tenant may enforce its rights under the warranty of habitability. Damage to the equipment or appliances supplied by Landlord, caused by Tenant's act or neglect, may be repaired by Landlord at Tenant's expense. The repair cost will be added rent.

Tenant must pay for all electric, gas, telephone and other utility services

the Term. Tenant shall comply with the demand at Tenant's own cost. Landlord is not required to do or pay for any work unless stated in this Lease.

If a lien is filed on the Apartment or Building for any reason relating to Tenant's fault, Tenant must immediately pay or bond the amount stated in the Lien. Landlord may do so if Tenant fails within 20 days after Tenant has notice about the Lien. Landlord's costs shall be added rent.

**8. Repairs** Tenant must take good care of the Apartment and all equipment and fixtures in it. Landlord will repair the plumbing, heating and electrical systems. Tenant must, at Tenant's cost, make all repairs and replacements whenever the need results from Tenant's act or neglect. If Tenant fails to make a needed repair or replacement, Landlord may do it. Landlord's reasonable expense will be added rent.

**9. Fire, accident, defects, damage** Tenant must give Landlord immediate notice of fire, accident, damage or dangerous or defective condition. If the Apartment can not be used because of fire or other casualty, Tenant is not required to pay rent for the time the Apartment is unusable. If part of the Apartment can not be used, Tenant must pay rent for the usable part. Landlord shall have the right to decide which part of the Apartment is usable. Landlord need only repair the damaged part of the Apartment. Landlord is not required to repair or replace any fixtures, furnishings or decorations but only equipment that is originally installed by Landlord. Landlord is not responsible for delays due to settling insurance claims, obtaining estimates, labor and supply problems or any other cause not fully under Landlord's control.

If the apartment can not be used, Landlord has 30 days to decide whether to repair it. Landlord's decision to repair must be given by notice to Tenant within 30 days of the fire or casualty. Landlord shall have a reasonable time to repair. In determining what is a reasonable time, consideration shall be given to any delays in receipt of insurance settlements, labor trouble and causes not fully within Landlord's control. If Landlord fails to give Tenant notice of its decision within 30 days, Tenant may cancel the lease as of the date of the fire or casualty. The cancellation shall be effective only if it is given before Landlord begins to repair or before Landlord notifies Tenant of its decision to repair. If the fire or other casualty is caused by an act or neglect of Tenant or guest of Tenant all repairs will be made at Tenant's expense and Tenant must pay the full rent with no change. The cost of the repairs will be added rent.

Landlord has the right to demolish or rebuild the Building if there is substantial damage by fire or other casualty. Even if the Apartment is not damaged, Landlord may cancel this Lease within 30 days after the substantial fire or casualty by giving Tenant notice of Landlord's intention to demolish or rebuild. The Lease will end 30 days after Landlord's cancellation notice to Tenant. Tenant must deliver the Apartment to Landlord on or before the cancellation date in the notice and pay all rent due to the date of the fire or casualty. If the Lease is cancelled Landlord is not required to repair the Apartment or Building. The cancellation does not release Tenant of liability in connection with the fire or casualty. This Section is intended to replace the terms of Real Property Law § 227.

**10. Liability** Landlord is not liable for loss, expense, or damage to any person or property, unless Landlord is negligent. Landlord is not liable to Tenant for permitting or refusing entry of anyone into the Building.

Tenant must pay for damages suffered and reasonable expenses of Landlord relating to any claim arising from any act or neglect of Tenant. If an action is brought against Landlord arising from Tenant's act or neglect Tenant shall defend Landlord at Tenant's expense with an attorney of Landlord's choice.

Tenant is responsible for all acts or neglect of Tenant's family, employees, guests or invitees.

Tenant is responsible for Tenant's security.

**11. Entry by Landlord** Landlord may enter the Apartment at reasonable hours to: repair, inspect, exterminate, install or work on master antennas or other systems or equipment and perform other work that Landlord decides is necessary or desirable. At reasonable hours Landlord may show the Apartment to possible buyers, lenders, or tenants of the entire Building or land. At reasonable hours Landlord may show the Apartment to possible or new tenants during the last 4 months of the Term. Entry by Landlord must be on reasonable notice except in emergency.

**12. Assignment and sublease** Tenant must not assign all or part of this Lease or sublet all or part of the Apartment or permit any other person to

06/12/2014  11:36                                                    (FAX)

## DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT

### LANDLORD'S STATEMENT
(Article 15 of Private Housing Finance Law)

| MAILING ADDRESS OF LANDLORD: | MAILING ADDRESS OF TENANT: |
|---|---|
| NAME United Sewish Council eastside Inc. | NAME Damon Ash |
| NUMBER AND STREET 235 East broadway | NUMBER AND STREET 219 Henry Street 3/A |
| CITY, STATE AND ZIP CODE New York, NY 10002 | CITY, STATE AND ZIP CODE New York, NY 10002 |
| (Number and Street) | (Apartment or Room No.)        (Borough) |

Address of subject building:

## 1. SCOPE OF WORK

Repair or replacement work has been completed on the items marked with an (X). Work within individual apartments has been done on an "as needed" basis determined by the Office of Development.

| Exterior Areas | (X) | Interior Areas | (X) | Interior Areas | (X) | Interior Areas | (X) |
|---|---|---|---|---|---|---|---|
| Paving | | Windows | ✓ | Plumbing | | Water Closet | |
| Stairs | | Floors | | Heat Riser | | Bath Tub | |
| Facade Work | | Walls | | Boiler | | Lavatory | ✓ |
| Pointing | | Ceiling | | Oil/Gas Burner | | Kitchen Sink | |
| Waterproofing | | Stairs | | Hot Water Tank | | Kitchen Cabinets | |
| Roof | ✓ | Entrance & Lobby Doors | ✓ | Electrical Wiring | | Range | |
| Parapet | | Mailboxes | | Compactor | | Refrigerator | |
| Fire Escape | ✓ | Intercom | ✓ | Compactor Chute | | | |
| | | Lighting (Public Areas) | ✓ | Incinerator | | | |
| | | Apt. Interior Doors | | De-master Metering | | | |
| | | Apt. Entrance Doors | | Fire alarm system | ✓ | | |
| | | Elevator | | Security system | ✓ | | |

WIDE SERVICE (Specify Number).

Full  Part
Time  Time

Full  Part



It is projected that the post rehabilitation rent for your apartment will be **$ 870.00**and that the effective date of your rent increase will be **August 1, 2014**.

We again remind you that if your new rent is higher than 30% of your family income and you submitted a Section 8 application form and all required documentation, your rent may be set at a *special reduced rent* that will be either 30% of your documented family income (as determined by HPD) or your current rent, whichever is higher. This interim rent will remain in place until HPD is ready to offer you the Section 8 subsidy and this subsidy is approved. At that time all applicants will be expected to cooperate fully by filing a Section 8 application with all required documentation, in a timely manner, appearing at scheduled interviews and briefings, providing required documentation, removing all tenant caused violations of Housing Quality Standards and providing access for workmen and Section 8 inspectors. Failure to do so can jeopardize the receipt of subsidy.

If you have not submitted an application and all required documentation to HPD, you will be required to pay the full restructured rent, stated above, from the effective date of the Rent Order.

If you are currently receiving Section 8 rental assistance from the NYC Housing Authority, your Section 8 status will not be affected by this rent restructuring. Your contribution towards the new restructured rent will continue to be based upon your family income and the Section 8 subsidy will continue to pay the remaining balance of your new rent.

As you know, the rehabilitation of **219 Henry Street**, has been made possible by a loan financed by the City through its Year 15 Program. This program provides needed rehabilitation financing at low interest rates that enable rent increases to be minimized. We realize that the work may have inconvenienced you and we appreciate your patience and look forward to your continued cooperation.

If you have any questions, please contact Lynora McPherson at 212-863-6417.

Sincerely,

Kimberly Darga
Assistant Commissioner

E E

06/12/2014   11:38

## AFFIRMATION

The landlord states that (s)he is (one of) (the *Comptroller* of *219 Henry St* Corp. –Inc.– Corporation) the owner(s) of the building(s) mentioned and described in this statement; that (s)he is fully familiar with the physical condition of said building(s); and affirms that the rehabilitation described herein has been substantially completed and that the landlord is maintaining and will continue to maintain all essential services provided or required to be provided with the housing accommodations involved to the date of issuance of any order herein adjusting the maximum rent(s) and will thereafter continue to maintain such services.

I have read the foregoing statement including any accompanying documents and I hereby affirm under the penalties provided by law that the contents thereof are true of my own knowledge.

*Norma Klein*
(Signature of Landlord)

It is not neccessary that the foregoing be sworn to but false statements may subject you to the penalties provided by law.

Dated *June 11, 2014* .. 19 ....

NOTE:
The Amended Code of the Rent Stabilization of N.Y.C., Inc. defines the obligation of the owner and tenant as follows: "the owner of such dwelling unit shall offer any tenant in occupancy on such effective date a two year lease at such rent, which offer shall be made as soon as practical after such rent is established, whether or not the rent has taken or is then permited to take effect; and refusal of such tenant to sign such lease, or at the option of such tenant, a lease with a one year term at such rent, shall constitute grounds for an action or proceeding to evict and recover possession of the dwelling unit, provided, however, that following such rent established, a tenant in occupancy on such effective date shall be allowed one month after of such two year lease at such rent as lawfully established, a tenant in occupancy on such effective date shall be allowed one month to sign such lease and, if during such one-month period, such tenant gives the owner written notice of an intention to terminate such tenancy and pays the rent established pursuant to law for such month and for any extended period, the tenant shall not be required to surrender the dwelling unit until two months after receipt of such offer."

City of New York
Housing Preservation and De...
Division of Code Enforcement

# Open Violation Summary Report

For The Following Selected Criteria: From Date - All Through Date - All, Viol Hazard Code - All, Violation Order No. - All, Apt No. - 4A, Violation Category.

**Building Location:—**

Address: 219   HENRY STREET
Boro: MANHATTAN       Zip: 10002
Block: 00286       Lot: 0006       Census Tract: 201

Range: 219-219

CB: 3

**Building Profile:—**

A Units: 23
B Units: 0       Bldg Class: OLD LAW TENEMENT
No. of Stories: 5
MDR #: 108785

Ownership/Prog: *PVT*

Last Insp D...
ERP Repair Ind: Y
Last ERP: 12/16/20...

| Story | Apt | Date Reported | Hazard Class | Order No. | Violation Seq No | Item No | Violation Status | Status Dt | Certification Status | NOV Issue Dt | Cert Due Date | Cert Rcvd | Reinspect Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4A | 04/04/2015 | B | 505 | 10660574 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 05/25/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc  § 27-2005 ADM CODE  REPLACE WITH NEW THE BROKEN OR DEFECTIVE WOODEN BASE AND WALL CABINETS IN THE KITCHEN LOCATED AT APT 4A, 4th STORY, APARTMENT AT EAST

| Story | Apt | Date Reported | Hazard Class | Order No. | Violation Seq No | Item No | Violation Status | Status Dt | Certification Status | NOV Issue Dt | Cert Due Date | Cert Rcvd | Reinspect Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 4A | 04/04/2015 | B | 506 | 10660666 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 05/25/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc  § 27-2005 ADM CODE  REPLACE WITH NEW THE MISSING OVEN DOOR IN THE KITCHEN LOCATED AT APT 4A, 4th STORY, 1st APARTMENT FROM NORTH AT EAST

Total Open Violations for the Bldg: 9    A = 3    B = 5    C = 1    I = 0    Other = 0
Total Open Violations for the Bldg for the selected criteria: 6    A = 1    B = 5    C = 0    I = 0    Other = 0
For The Following Selected Criteria: From Date - All Through Date - All, Viol Hazard Code - All, Violation Order No. - All, Apt No. - 4A, Violation Category - All

F

RM CIV-14
4/12)

THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
DIVISION OF CODE ENFORCEMENT

DCE/ MANHATTAN BORO OFFICE
94     Old Broadway
NEW YORK , NY 10027

| BLDG ID | BORO | REG NO. | HOUSE NO. | STREET NAME | NOV ID | PAGE |
|---|---|---|---|---|---|---|
| 22711 | MN | 108785 | 219 | HENRY STREET | 4910311 | 1 of 1 |

## NOTICE OF RECEIPT OF VIOLATION CERTIFICATION

| NAME AND ADDRESS |
|---|
| ASH DAMON                                    Apt. 4A |
| 219 HENRY STREET |
| NEW YORK , NY 10002 |

This is to notify you that the landlord of the above referenced building claims to have corrected the violations listed on this form.
DO NOT RETURN THIS FORM IF ALL VIOLATIONS LISTED HERE HAVE BEEN CORRECTED.

IF ANY VIOLATION HAS **NOT** BEEN CORRECTED, EITHER,

· Call the Code Enforcement Boro Office at  212-234-7485  to schedule an appointment for inspection   OR
· Complete this form as follows:

· Circle the numbers of the violations you claim are uncorrected on the AGENCY COPY;
· Sign the claim of uncorrected violations at the bottom of the AGENCY COPY;
· Keep the OCCUPANT COPY of this notice or make a copy of the AGENCY COPY for your records; and
· Return the AGENCY COPY of this form within 5 days to the appropriate borough office at the address provided above

Note: You will receive a notice if an inspection by this department confirms that the violation(s) have not been corrected.

| VIOLATION NUMBER | ISSUE DATE | CLASS | VIOLATION DESCRIPTION | CORRECT BY | CORRECTION BY OWNER | CERTIFY BY |
|---|---|---|---|---|---|---|
| 10373788 | 09/04/2014 | B | § 27-2005, 2007 ADM CODE  REMOVE THE ILLEGAL FASTENING KEY OPERATED LOCK INSTALLED AT DOOR ROOM TO FIRE ESCAPE WINDOW . IN THE 1st ROOM  FROM NORTH AT WEST LOCATED AT APT 4A, 4th STORY, 1st APARTMENT FROM EAST AT SOUTH | 10/14/2014 | 10/14/2014 | 10/28/2014 |
| 10373797 | 09/04/2014 | B | § 27-2018 ADMIN. CODE:  ABATE THE NUISANCE CONSISTING OF BEDBUGS IN THE ENTIRE APARTMENT  LOCATED AT APT 4A, 4th STORY, 1st APARTMENT FROM EAST AT SOUTH | 10/14/2014 | 10/14/2014 | 10/28/2014 |
| 10373800 | 09/04/2014 | B | § 27-2018 ADMIN. CODE:  ABATE THE NUISANCE CONSISTING OF MICE IN THE ENTIRE APARTMENT LOCATED AT APT 4A, 4th STORY, 1st APARTMENT FROM EAST AT SOUTH | 10/14/2014 | 10/14/2014 | 10/28/2014 |
| 10373801 | 09/04/2014 | B | § 27-2018 ADMIN. CODE:  ABATE THE NUISANCE CONSISTING OF ROACHES IN THE ENTIRE APARTMENT  LOCATED AT APT 4A, 4th STORY, 1st APARTMENT FROM EAST AT SOUTH | 10/14/2014 | 10/14/2014 | 10/28/2014 |

You can go on-line to  www.nyc.gov/hpd   for more information about pending violations on this property, violation class and corrected by / certify regulations.

## CLAIM OF UNCORRECTED VIOLATIONS

VE CIRCLED THE VIOLATION NUMBERS THAT HAVE NOT BEEN CORRECTED.

_____        _____        _____
GNATURE                    DATE SIGNED            CONTACT PHONE #

# The City of New York
## Department of Housing Preservation and Development
### Division of Code Enforcement

# Open Violation Summary Report

The Following Selected Criteria: From Date - All Through Date - All, Viol Hazard Code - All, Violation Order No. - All, Apt No. - 4A, Violatio Category - All

cation:
9   HENRY STREET
ANHATTAN   Zip: 10002
.0286   Lot: 0006

| Ownership/Prog: PVT | Last Insp Dt: 04/10/2015 |
| Bldg Class: OLD LAW TENEMENT | ERP Repair Ind: Y |
| | Last ERP: 12/16/2012 |

Range: 219-219
CD: 3
Census Tract: 201

Building Profile:
A Units: 23
B Units: 0
No. of Stories: 5
MDR #: 108785

## Registration Information

| Last Valid Reg. Date | Organization | Last Name | First Name | Boro | House No. | Street Name | Apt. | City | State |
|---|---|---|---|---|---|---|---|---|---|
| 10/07/2014 | 219 HENRY STREET HDFC | BRADLEY | LISA | | 235 | EAST BROADWAY | | NEW YORK | NY |
| 10/07/2014 | 219 HENRY STREET HDFC | KLEIN | NORMA | | 754 | EASTERN PARKWAY | NY | BROOKLYN | NY |
| 10/07/2014 | MASTER MANAGEMENNT | SLAVIN | MICHAEL | | 754 | EASTERN PARKWY | NY | BROOKLYN | NY |
| 10/07/2014 | 219 HENRY STREET HDFC | SLAVIN | MICHAEL | | | | | | |

MANAGING AGENT

| Apt | Date Reported | Hazard Class | Order No | Violation Seq No | Item No | Violation Status | Status Dt | Certification Status | NOV/Issue Dt | Cert Due Date | Cert Rcvd | Reinstated Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4A | 04/04/2015 | A | 556 | 10660670 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 7/24/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc: § 27-2013 ADM CODE PAINT WITH LIGHT COLORED PAINT TO THE SATISFACTION OF THIS DEPARTMENT CEILINGS ALL WALLS AND TRIM THROUGHOUT IN THE ENTIRE APARTMENT LOCATED AT APT 4A, 4th STORY, AFARTMENT AT EAST

| 4A | 04/04/2015 | B | 1503 | 10660673 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 05/25/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc: § 27-2046.1 HMC: REPAIR OR REPLACE THE CARBON MONOXIDE DETECTING DEVICE(S). MISSING IN THE ENTIRE APARTMENT LOCATED AT APT 4A, 4th STORY, APARTMENT AT EAST

| 4A | 04/04/2015 | B | 702 | 10660671 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 05/25/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc: § 27-2045 ADM CODE REPAIR OR REPLACE THE SMOKE DETECTOR DEFECTIVE IN THE ENTIRE APARTMENT LOCATED AT APT 4A, 4th STORY, APARTMENT AT EAST

| 4A | 04/04/2015 | B | 579 | 10660675 | | NOV SENT | 04/06/2015 | PENDING | 04/06/2015 | 05/25/2015 | 00/00/0000 | 00/00/0000 |

Viol Desc: § 27-2026 ADM CODE REPAIR THE LEAKY AND/OR DEFECTIVE FAUCETS AT SINK IN THE KITCHEN LOCATED AT APT 4A, 4th STORY, APARTMENT AT EAST



This is a hair line fracture of the internal Affair Reports that got swept under the rug and was Never investigated out of 200 complaints showing how the United Jewish counsel / Henry St housing Co used a whole precinct for its illeagal harrasment threats and terroristic means.

2012 - 12 - 14474
2012 - 12 - 14211
9/11/14 - 2014 - 30477
9/15/14 - 2014 - 30628
9/15/14 - 2014 - 30728
10/8/14 - 2014 - 32943
10/31/14 - 2014 - 35597
Jan 27, 2015 - 02116 - they had sent illeagally kickin door with no arrest or No warrant.

Feb - 17, 2015 - 04113
march 2015 - 05289
July 15, 2015 - 19683
Aug 12, 2015 - 22616
Sept 14, 2015 - 27279
Oct 2, 2015, 29087

I



Musicians; reconstruction of an Assyrian relief.

at the side through which the king could see the men.

**4 The king's madness**

Nebuchadnezzar himself authenticates this extraordinary story (1-18, 34-37). Perhaps sensing that this dream is against himself, he does not turn to Daniel straight away (6-8). It is clear from Daniel's dismay that he does not wish the king ill. But the king's pride in his achievements (and archaeology shows they really *were* something to be proud of) overrides Daniel's wise advice. He is stricken with a rare mania, believing himself to be an animal. (Other cases are known, where patients have exhibited precisely the same symptoms: roaming out of doors, and living on a diet of grass and water.) Yet God is at work in the depths of his now humble mind, and as he worships the one true God his reason returns.

One would hardly expect to find open reference to such a seemingly shameful illness in contemporary official records. But events of the later years of Nebuchadnezzar are not known from ancient texts.

Verses 3 and 34-35: the echoes from Psalms and Isaiah may reflect Daniel's influence on the king.

Seven times (16): the length of time here as elsewhere in Daniel is unspecified. It was a definite, limited period of time fixed by God.

**5 Belshazzar's feast**

Strictly speaking, Nabonidus (556-539 BC) was the last king of Babylon. But he retired to Arabia early in his reign, leaving his son Belshazzar acting king in Babylon (hence the fact that Daniel could be made only 'third ruler', 16).

The date is 539, 23 years after Nebuchadnezzar's death. The great feast at the palace is going with a swing, when a



Gangs of slaves landing a colossal statue from a raft on the River Tigris; from the decoration of Sennacherib's palace.

But Daniel's companions will not compromise. They know God is *able* to deliver them from a terrible death; they do not know if he *will* (17). But come what may, they will not deny him (18). In the event, the flames killed those who flung them in, and burned through their own bonds; but they came out with not so much as a smell of burning about them. And a god-like figure walked through the fire with them. Again the king is compelled to worship.

Satrap (2): one of a number of Old Persian words which occur in Daniel. There is no reason why Daniel should not have used them; they were known before his day, and he lived on into the period of Persian supremacy. Or it may be that this Aramaic section (see on 2:4) is a later, or updated, translation.

Lyre, trigon, harp (5, Revised Standard Version): these are all Greek words. The instruments themselves are Mesopotamian, but Greek cultural influences had spread across this part of the world before Nebuchadnezzar's time. Greek colonies were widespread, and Greek mercenaries served in many armies.

Furnace (6): a kiln (probably for baking bricks) with an open top and an open door

The linguistic transitions were very slow. In the case of French, the vulgar Latin vernacular *romanz* of Gaul passed through three distinct phases — (eighth century), Old French (eleventh), Middle French (fourteenth) — before a recognizable variety of modern French was achieved. New grammar and new word-forms evolved as the old Latin declensions, conjugations, and inflexions were dropped. *Bonum, bonam, bonus* moved towards *bon, bonne, bonnes. Rex* became *le roi; amat* changed to *aime, regina* to *la reine.* The earliest text in 'Romance', the Strasbourg Oath, dates from 843—by which time the kings of France had stopped speaking Germanic Frankish altogether. Britain was one of several ex-Roman provinces where Latin was completely wiped out.

Greek persisted in the Eastern Empire, both as the official language and in many places, especially in Asia Minor, as the vernacular. But several areas, including the Peloponnese, were for a period wholly or partly slavicized. One should be wary of oversimplification. But the thesis advanced by the Bavarian scholar, Jakub Fallmerayer (1790–1861), in *Ueber die Entstehung der Neugriechen* (1835), merits attention. Fallmerayer's work, which caused deep trauma amidst the Greeks of his day, argued that the Greek nation of modern times was largely descended from hellenized Albanians and Slavs, 'with hardly a drop of true Greek blood in their veins'. This may have been an exaggeration; but it is less absurd than the notion that every modern Greek is a direct ethnic descendant of the inhabitants of ancient Greece. No modern European nation can lay reasonable claim to undiluted 'ethnic purity'. [ΜΑΚΕΔΟΝ]

The dispersal of the Slavs encouraged the evolution of the three main Slavonic linguistic groups, and the well-springs of a dozen Slavonic languages. (See Appendix III, p. 1233.)

By the eighth century, therefore, the ethnic settlement of the Peninsula was beginning to achieve a lasting pattern. The eighth century, indeed, was the point when important social crystallizations occurred. Yet five more major migrations had to happen before all the basic population of the future Europe was complete. One of these five later migrant groups, the Vikings, were sea-raiders (see p. 293). Two more, the Magyars and the Mongols, were nomads (see pp. 296–8). Two others, the Moors and the Turks, were warriors of a new religion (see pp. 253, 386). Europe was conceived from the most diverse elements, and her birth was painfully protracted.

*The Empire: From Rome to Byzantium, 330–867*

From 330 onwards, ruled from the Bosporus, the Roman Empire changed its character. The *Romanitas*, the 'Latinity', of the empire was inevitably reduced. But political priorities shifted as well: henceforth the heartland lay not in Italy but in the Balkans and in Asia Minor. The provinces which lay nearest to the emperors' concerns were not Gaul or Spain or Africa, but Egypt, Syria, even Armenia. Increasingly, the frontier to be defended at all costs lay not on the Rhine but on the lower Danube and the Pontic shore. Recognizing the shift, most historians

> Płynie Wisła, płynie
> Po polskiej krainie,
> Po polskiej krainie,
> i dopóki płynie
> Polska nie zaginie,
> Polska nie zaginie.
>
> (Flows the Vistula, flows I Across the Polish land, I Across the Polish land, I So long as she keeps flowing, I Poland still shall stand, I Poland still shall stand.)

The eastern Slavs gradually moved north and east from the Dnieper into Baltic and Finnic territory, and into the forests of the upper Volga. Their centrifugal movements created divergences that underlay the later division between Ruthenians and Russians. If the Poles sang of the Vistula, the Russians were to sing of the Volga, which was to become their 'native mother'.

The southern Slavs invaded the Empire in the sixth century, crossing the Danube in many places. In 540 they laid siege to Constantinople. They were to slavicize Illyria, Bulgaria, Macedonia [ΜΑΚΕΔΟΝ], and most of mainland Greece. The Croats, a people first mentioned in what is now southern Poland, colonized the upper Sava and the Dalmatian coast. Another group which settled on the upper Drava became known as Slovenes. The Serbs took over the region at the confluence of the Drava, the Sava, and the Danube.

The dynamism of the migrant tribes had serious implications for all their neighbours. Where the preceding population was not overwhelmed or absorbed, it was frequently shunted into motion. In the West, the Celts were swamped in Gaul and corralled in Britain. Only the Irish were secure from invasion. A Celtic people from Ireland, the Scots, laid the foundations of Gaelic Scotland. In the same period, a migration of Celts from Cornwall laid the foundations of Celtic Brittany. Elsewhere, the Celtic Britons were pushed back by the Anglo-Saxons into the fastnesses of Wales.

In the East, in one of the darkest periods of the Dark Ages, the confusion in the Danube basin was not resolved for almost three centuries. The Slavs still evaded literary sources, and their struggles with the Avars and with the Germanic outposts are not well documented. The last piece of the jigsaw did not fall into place until the irruption of the nomadic Magyars in the ninth century (see p. 296). On the Pontine steppes, a jumble of peoples passed under the hegemony of yet another tribe of Asian adventurers—the Khazars. They in their turn submitted in the early seventh century to the overlordship of a Turkic dynasty from the North Caucasus. Though Indo-European Slavs were present within the jumble, they would not begin to form the dominant element until the founding of the Kievan state in the ninth century. [ΚΗΑΖΑRIA]

The effect of the migrations on the ethnic and linguistic make-up of the Peninsula was profound. They radically changed the ethnic mix of the population in several

## KHAZARIA

OF all the transient realms of the European plain, none has aroused more controversy than that of the Khazars. Yet from AD c.630, when it was taken over by the Turkic dynasty of Ashina, to 970, when it was conquered by Prince Svyatoslav of Kiev, it played a vital role in the contacts between East and West.

The administrative organization of Khazaria reflected the variety of its subject peoples. The Khazar *kagan* or khan ruled over three principal provinces, seven dependent kingdoms, and seven tributary tribes. The chief province, Kwalis, was centred on the twin cities of Amol-Atil on the Lower Volga (the site of the future Tsaritsyn). Semender on the River Terek had been the dynasty's earlier refuge after their expulsion from Turkestan. Sarkel was centred on the River Don, west of the Volga bend. It was ruled from a stone city of the same name built by ninth-century Byzantine engineers.

Of the dependent kingdoms, by far the most important was Khotzir in Crimea, the Khazars' new headquarters. It had succeeded the realm of the Goths, who in turn had conquered the ancient Hellenistic 'Kingdom of the Bosphorus'. [CHERSONESOS] It was ruled from Phullai, modern Planerskoe, on the coast; and it possessed a strong Jewish community active in the Black Sea trade. Other dependencies included Hun on the River Sulak (home of Attila's descendants), Onogur on the Kama, Turkoi or Levedia on the Donets (home of the future Magyars), and three divisions of the Volga Bulgars. Of the tributary tribes in the northern forest zone, three were ethnically Slavic, three Finnic, and one unidentified.

Khazaria was famed for its commerce and for its religious tolerance. It was the traditional supplier of Slav slaves to the Mediterranean market (see p. 257); and in the tenth century an overland trade route began to develop along the line of Regensburg–Vienna–Cracow–Kiev–Atil.

Muslim, Christian, Jewish, and pagan religions all flourished under their own communal judges. The Khazar army was largely drawn from Iranian Muslims from the eastern province; and in 737 the Khan himself adopted Islam. But some time soon afterwards his successors converted to Judaism and made it the state religion. This conversion, surprisingly, finds no echo in contemporary Byzantine, Arabic, or Jewish sources; but it was already known to the monk Druthmar of Aquitaine, writing at Corvey in Westphalia in 864.

For in the lands of Gog and Magog, who are a Hunnish race and call themselves Gazari, there is one tribe, a very belligerent one . . . and all of them profess the Jewish faith.[1]

During the period of Arab expansion in the seventh to ninth centuries, Khazaria generally allied itself with Byzantium against the Arabs. During

the Viking era, Scandinavians opened up the Baltic–Dnieper route, mastered Kiev, and possibly took over the khanate as a whole. [RUS]

Jewish historians have naturally shown immense interest in Khazaria's conversion to Judaism. Judah Halevi (1075–1141), writing in Toledo, idealized the Khazar Khan as a hero of the faith. The Karaites of Crimea called the Khazars *mamzer*, meaning 'bastard' or 'false Jews'. But the Karaite scholar Abraham Firkovich (1786–1874) claimed that the Khazars had been Karaites. Arthur Koestler, writing in the 1970s, claimed that migrant Jewish Khazars begat the main body of Ashkenazy Jewry in Central Europe.[2] The Khazar puzzle is still not fully solved.

Yet Khazaria lives on. In Greece, children do not wait at Christmas time for Santa Claus bringing gifts from Lapland. They wait for St Basil, coming from Khazaria.

---

countries, and in some parts introduced completely fresh ingredients. If in AD 400 the population of the Peninsula had been clearly divided between 'Romans' and 'barbarians', by 600 or 700 it was inhabited by a far more complex mix of semi-barbarized ex-Romans and semi-romanized ex-barbarians.

In Spain, for example, the romanized Celto-Iberians received a significant injection of Germanics—with important Moorish and Jewish layers to follow. In Gaul, the Gallo-Romans received a stronger but uneven Germanic overlay—heavy in the north-east, light in the south-west. In Italy, too, the latinized Celto-Italics and Greeks imbibed a strong Germanic element, that was predominant in the north. In Britain, the Romano-British population was either absorbed or displaced, leaving two distinct communities—Celtic in the west, Germanic in the east, centre, and south. Caledonia (Scotland) was divided between the Germanic lowlanders and the Celtic highlanders. In Germany, the balance between west Germanic and east Germanic tribes shifted decisively in the former's favour, since most of the latter had migrated. The Slavonic peoples took decisive control not only of the largest sector of the northern plain but also of the Balkans. Within the new Slavonic homelands, however, many non-Slavonic peoples, including the Vlachs, remained.*

Ethnic changes were inevitably reflected in language. The vulgar Latin which had been the lingua franca of the late Western Empire, was gradually broken down into a bevy of bowdlerized neo-latinate idioms—from Portuguese to Romanian. Latin *pater* drifted towards *padre* in Spanish and Italian, towards *père* in French, towards *tata* in Romanian.

---

* 'Vlach' or 'Wloch' is the old Slavonic word for Latin. It gave rise to a number of Vallachias—Old Vallachia in Serbia, Vallachia Major in Thessaly, Vallachia Minor in northern Romania, Wallachia in southern Romania, and Maurovallachia, the land of the *Nogrolatrov* or 'Black Vlachs' in the Dinaric Alps. *Wlochy* is still the usual Polish word for 'Italy'.

tion of the nation's religious and civil administration.

From the earliest days of desert-wandering, the job of the Levites had been the care and transport of the tabernacle. They had also served the priests—in later times at the many shrines scattered throughout the land. Now the ark was to have a permanent home, and worship was to be centralized in the temple at Jerusalem. So David allocates new duties to the Levites: the care-taking and maintenance of the temple; appointments as magistrates, janitors, musicians and choristers; and general assistance of the priests.

**Verses 3, 27: the age at which a Levite** qualified to serve had been 30. David ordered that once the temple was completed it should be 20.



**Verse 13: the sons of Amram** were descendants of Aaron and Moses.

## 24 Divisions of priests

Twenty-four groups of priests were to be in charge of the temple sacrifices, each serving for two weeks a year. The order was decided by lot.

**Nadab, Abihu (1):** see Leviticus 10.

**Verse 4:** the fact that Eli's family was descended from Ithamar partly accounts for the reduced numbers. Because of the sins of Eli's sons, many of their descendants met a violent-death (see 1 Samuel 2:30ff.).

## 25 The musicians

Music, both instrumental and vocal, was important in Jewish worship, as if was in social life generally. The temple musicians were "leaders in inspired prophecy"

Contemporary relief of musicians; from Carchemish, 8th century BC.



Relief of a worshipper.

(25:1, 3, New English Bible). Asaph, Heman and Jeduthun were amongst the famous: they are named in the Psalms. But status does not come into the temple service. Teacher and pupil alike share an equal place (8). David, himself a skilled musician (1 Samuel 16:15ff.; 2 Samuel 23:1), must have taken special delight in this part of the arrangements, over which he exercised personal supervision (2, 6).

## 26:1-19 The janitors

These were to take turns on guard outside the temple and store-house.

**Verse 18:** the meaning of 'parbar' is not known; New English Bible gives 'colonnade'.

## 26:20-32 Temple treasurers, clerks and magistrates

The temple treasuries—gifts and taxes from the people, and the spoils of war—were vast.

## 27 Army commanders, tribal leaders, civil service and government officials

All twelve army chiefs seem to have come from David's special guard of 'mighty men' (see chapter 11). Verses 26-31 list those in charge of the royal estates, each specializing in a particular branch of agriculture.

**Below twenty (23):** under-twenties were not eligible for military service and were never counted in the census.

**Verse 32:** Jonathan and Jehiel were tutors to the king's sons.

**Verse 33:** Ahithophel and Hushai both appear in the story of Absalom's rebellion, 2 Samuel 15:31ff. 'King's friend' is an official title.

## 28 - 29 The government passes to Solomon; plans and instructions for the temple

A formal public assembly marks Solomon's official coronation, after the hasty

affair of 1 Kings 1 (see 29:22). David presents his son to the people (1-8) and gives him a solemn charge (9, 10) before commiting the plans for the temple to his care (11-19). The design is God-given, closely following the pattern given to Moses for the construction of the tabernacle. At the same time, David hands over the lists of temple duties (21; see chapters 23-36).

Chapter 29: in addition to all he has put by over the years, David makes a last

The mention of Peter (Cephas, 1:12) does not necessarily mean he visited Corinth. As leader of the twelve apostles it would be natural for him to have a following, particularly among Jewish Christians.

It is clear from these chapters that the groups were making invidious comparisons between Paul and the more eloquent Apollos. Paul, although a trained scholar, had had his troubles at Corinth (Acts 18:9-10; 1 Corinthians 2:3). God's message, not polished speech, was his main concern.

But the Corinthians were infected with something of the spirit of nearby Athens. They fancied themselves as thinkers and took a pride in their supposed intellectual superiority. In fact, as Paul points out (3:1-4), their argumentative, judgemental attitude shows they are still bound by the world's way of thinking. They stand in need of teaching. They have to be reminded that human cleverness is a far cry from God's wisdom (1:18 - 2:16). It is not proud and clever people who appreciate the wisdom of God's plan of salvation through Christ's death on the cross, but those who are spiritually wise. This kind of wisdom, and with it true values and real judgement, is God's gift to man through his Holy Spirit. A man must become a fool in the world's eyes in order to be really wise (3:18).

So Paul and Apollos are not rivals but partners, sharing the work of building God's church (3:5-9). Once the basic foundation of faith in Christ is laid, every Christian is responsible for what he does with the new life he has been given. We must see to it that we build to last (3:10-17).

There should be no place for pride among Christians and no looking down on others. The greatest Christians regard

Ideas from Greek philosophy constantly infiltrated into the Christian community, leading it away from the truth of Jesus Christ made man. This 2nd-century statue of a philosopher was found at Ephesus.

themselves as no more than God's slaves. We are to follow their example (chapter 4).

**Chloe's people (1:11):** presumably members of Chloe's household.

**Stephanas (1:16):** a founder-member of the church at Corinth, and one of the delegation sent by the church to Paul at Ephesus (16:15ff.).

**Jews and Greeks (1:22):** national charac-



The cross was offensive to the Jews, absurd to the Gentiles. A Roman execution is shown in this figure found at Halicarnassus.

teristics show through. The Jews always wanted miracles as concrete evidence. The Greeks saw salvation in terms of wisdom.

**The Day (3:13):** when Christ returns; the day of judgement.

### 5 Incest

In the name of their boasted 'liberty' the church is condoning incest. It is a case which would shock even the pagans in that notorious city. The old immorality – and worse – has gained a foothold and the whole church is endangered (as Paul had warned in a previous letter, 5:9).

**His father's wife (5:1):** presumably his step-mother, or Paul would have said 'mother'.

**Deliver . . . to Satan (5:5):** Paul is expressing God's judgement on the man for abusing his body through gross sexual immorality. Short-term discipline is to be exercised for long-term good. Such discipline would certainly include expulsion from the church.

**Leaven (5:6-8):** yeast – often (though not always) used as a picture of the corrupting power of evil. Bread for the Passover was made without leaven, as a reminder of the Israelites' hasty departure from Egypt. Christ has become our Passover sacrifice, says Paul; it is time we got rid of the old yeast of evil in our lives.

### 6:1-11 Lawsuits

Even Jews would not take cases before Gentile courts – not because the courts were corrupt, but because it would be an admission of Jewish inability to operate their own laws. Surely the Christian community – these 'wise' Corinthians – should be capable of settling internal disputes. Better to be wronged than drag one another to court.

**The saints will judge the world (6:2):** a development from Christ's teaching in Matthew 19:28. The angels are mentioned as the highest order in the created universe.



**CASE SUMMARY**

Petitioner(s):
219 HENRY STREET HOUSING DEVELOP

vs.

Respondent(s):
DAMON ASH;
JOHN & JANE DOE

Court: New York County Civil Court
Index Number: LT-071767-13/NY

Case Type: Landlord and Tenant
Filed Date: 06/28/2013
Property Type: Residential
Classification: Holdover
Status: Disposed

Disposed Date: 05/28/2015
Disposed Reason: Conversion

Property Address(es): 219 HENRY STREET 4A, NEW YORK, NY 10002, Additional Property Description: 4A

(P)  219 HENRY STREET HOUSING DEVELOP
     RIVKIN RADLER LLP - 555 MADISON AVENUE 26FL, NEW YORK, NY 10022, 212-455-9555

(R)  DAMON ASH - 219 HENRY STREET 4A, NEW YORK, NY 10002

(R)  JOHN & JANE DOE - 219 HENRY STREET 4A, NEW YORK, NY 10002

**PAPERS RECORDED**

| | |
|---|---|
| 06/28/2013 | Conversion - Petition - Notice of Petition |
| 11/07/2013 | Motion (General), Seq 1, Court Date(s): 12/13/2013; 12/12/2013; 11/20/2013, Filed By: (P) 219 HENRY STREET HOUSING DEVELOP, Relief: OTHER (PETN REQ SETTING THIS MATTER DOWN FOR A HEARING.), Status: Filed |
| 05/28/2015 | Conversion - Inactive |

**APPEARANCE ACTIVITY**

| | |
|---|---|
| 07/11/2013 | Part E, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 07/23/2013 |
| 07/23/2013 | Part E - NYCHA, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 08/20/2013 |
| 08/20/2013 | Part E - NYCHA, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 09/17/2013 |
| 09/17/2013 | Part E - NYCHA, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 12/12/2013 |
| 11/20/2013 | Part E - NYCHA, Judge: Phyllis K. Saxe, Purpose: Motion (1) - OTHER, Outcome(s): Adjourned: 12/12/2013 |
| 12/12/2013 | Part E - HP, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 12/13/2013 |
| 12/12/2013 | Part E - HP, Judge: Phyllis K. Saxe, Purpose: Motion (1) - OTHER, Outcome(s): Adjourned: 12/13/2013 |
| 12/13/2013 | Part E - HP, Judge: Phyllis K. Saxe, Purpose: Conversion, Outcome(s): Discontinued |

This report reflects information recorded as of 11/16/2015 10:02 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 1 of 2

*[handwritten]: This was a case dismissed by a judge whether used the same lies notice how building is Labeled HPD and Nicha to build slandered th...*

*[handwritten]: 9/1/11/2020*



# Product Tracking & Reporting

Home     Search     Reports     Manual Entry     Rates/ Commitments     PTR / EDW     USPS Corporate Accounts

Help

**UNITED STATES POSTAL SERVICE®**

September 05, 2015

⚠ Under no circumstances should dispatch information be released to anyone outside of the United States Postal Service.

## USPS Tracking Intranet Tracking Number Result

Result for International Inbound Tracking Number LB38 4270 904G B

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 10002 | NEW YORK | NY |

**Origin**

| City Code | City | Country Code | Country | Dispatch Number |
|---|---|---|---|---|
| | | GB | UNITED KINGDOM | |

### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| Class/Service: | International Letters and Cards |
| Class of Mail Code/Description: | LC / First-Class Package International Service |

**Payment**

Weight:     0 lb(s) 0 oz(s)

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| First Class International | |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DELIVERY INSTRUCTIONS PROVIDED | VE | 08/27/2015 | 18:26 | NEW YORK, NY 10002 | Customer Driven Activity | | | 08/27/2015 20:02:38 | |
| DELIVERY STATUS NOT UPDATED | DX | 08/24/2015 | 22:19 | NEW YORK, NY 100021324 | System Generated | | | 08/25/2015 02:39:34 | |
| DELIVERY STATUS NOT UPDATED | DX | 08/24/2015 | 22:17 | NEW YORK, NY 100021324 | System Generated | | | 08/25/2015 02:39:34 | |
| REDELIVERY SCHEDULED | VR | 08/24/2015 | 08:19 | NEW YORK, NY 10002 | Customer Driven Activity | | | 08/24/2015 11:48:25 | |
| REDELIVERY SCHEDULED | VR | 08/24/2015 | 08:17 | NEW YORK, NY 10002 | Customer Driven Activity | | | 08/24/2015 11:48:25 | |
| NO SECURE LOCATION AVAILABLE | 55 | 08/14/2015 | 13:57 | NEW YORK, NY 10002 | Scanned | IMD 15007D8487 (Interface type - wireless) | Scanned by route 0007P124 | 08/14/2015 13:50:52 | 3849 ID: 5293047260847726 GEO Location Data Available |
| OUT FOR DELIVERY | OF | 08/14/2015 | 07:46 | NEW YORK, NY 10007 | System Generated | | | 08/14/2015 08:05:10 | |
| SORTING/PROCESSING COMPLETE | PC | 08/14/2015 | 07:36 | NEW YORK, NY 10007 | System Generated | | | 08/14/2015 07:25:46 | Distribution Complete Label ID: DC14 5123 3000 1508 1406 4411 |
| ARRIVAL AT UNIT | 07 | 08/14/2015 | 06:46 | NEW YORK, NY 10007 | Scanned | DSS-006-10 | | 08/14/2015 06:25:20 | |
| dISPATCHED FROM oRT FACILITY | EF | 08/14/2015 | 01:26 | BETHPAGE, NY 11714 | System Generated | | | 08/14/2015 01:45:23 | Dispatch Label ID: |

*(handwritten annotations)* These were restricted delivery on the item. Signed by Greg Ash. Forgery of mail

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/    PTR / EDW    USPS Corporate    Sup.
                                             Commitments                Accounts

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 7015 0640 0003 2516 1991

This item was delivered on 09/04/2015 at 11:55:00

< Return to Tracking Number View

| | | |
|---|---|---|
| Signature | gnature X | *[handwritten signature]* |
| | Printed Name | |
| Address | Delivery Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾      Submit

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------x

Damon Ash ,

[your name(s)]                    Plaintiff(s),

- against-

N.Y.P.D 7th Precinct ,

[name(s) of party being sued]        Defendant(s).

----------------------------------------------------x

**SUMMONS WITH NOTICE**

**Index Number**

_____

**Date Index Number Purchased**

_____, 20____

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED and required to serve upon plaintiff, at the address stated below, a notice of appearance or demand for a complaint within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded herein.

Dated: 3/2 , 20 16
[date of summons]

Damon Ash
[sign your name]

Damon Ash
[print your name]

219 Henry St. Apt 4A
N.Y, N.Y 10002
917 324 3879
[your address(es), telephone number(s)]

Defendant(s)  N.Y.P.D 7th Precinct
15½ Pitts
N.Y N.Y 10002

[address(es) of party being sued]

CommenceAction - 1/2014

# P

STATE OF NEW YORK
ATTORNEY GENERAL
MANAGING CLERK'S OFFICE
RECEIVED

Mr Jasen Brown, C.D.A.G.    2016 MAY -5 AM 11: 56

I writing to expose a criminal act that has been brought upon this city by a originizations These organizations are the Henri St housing, which tie into other branchs of Non-profits and realestate property magn Like the united Jewish counsely Henry st These All together tied in entities have Taken housing preservation money miss handled it by not Fixing Property's in the allowed time and miss using it For other purpose also not using it For all the purpose (ex. ten have Bathroom tyles for the wall on thier floor As tyles, no stove for 3yrs. Water Boiler issues of Buildings They have also a lot Kenti Rooms with sect. 8. this alone is a state and fed crime while hiding under a non-p of a S.R.O. But having the buildings Registered under H.P.D. and N.Y.C.H.A. and als Puting D.H.S. funded workers to get funds from that entity, having that entity of poeple Regulate harrase and terrorize tenants. such as my especially if you expose them. All of these are illagal to have in one and do so the signing off on the money for section 8 and Low income as in on it Along with the inspection of The Rented Rms. while For its a S.R.O for my pck moved

Q

To whom it may concern

In this folder is proof of one of
N.Y.C's biggest Housing Ponzi scheme's of
Renting Rm's with section 8 Stolen H.P.D money
used to buy property instead of fixing buildings
How the Attorney Generals office knew of this
but looked the other way cause they either worship
together or are all close friends, Also the
head manhattan D.A. Vance is in on it also I
have video of him doing norma klien Illeagal
favers in 2013 2014, 2015 which is how
the 7th precinct is get away with so much
and the United Jewish counsel aka Henry st Housing has
been using the police for thier personal Means
like my Illeagal incarceration where Vance
dismissed a carreer criminal who just got out
at. attica dismissed his charges paid him and
gave him immunitie to lie on me After
he broke into my house sliced up my face
and tried to kill me they have also offered
me money to drop a civil case sign a gag order
and moved out of N.Y.C, and all my problems
'll Dissappear this proof is on my Iphone
I too been refuse All 10 witness on my behalf
will forged my signature and had 3
apoligize statiing they the united Jewish counsel
re supremecy group. AkA Jewish/Khazariam Maf
is Video
Per which on them all
Daren Shakel

Many Blessings and

I also have 7th Precinct ot
making threats searching home
all for Landlords

On ~~Saturday~~ NOVEmber 7th 3:30 O clock
William Bissette Room 3A was coming in from
goin outside and seen Damon Ask Room
4A and called him a Nigger. But Damon Ask
didn't pay William No mind.

Craig Piecle told me
that Security is suppose to do
the rounds every hour. check
Bathrooms + Kitchen stoves when
doing Security Guard rounds also

Esteemed Patrol was given this
Information when their guards
Are on Post. S/o Richard Miranda
11/25/15.

To whom it may Concern,

My name is michael O'Shaughnessy
My neighbor is MR Damon Ash he been
tenants on Rec. basis. I've been here
one seen have had no problem with him
He seems to be nice & respectful. Any
Questions please At 917 707 9411
819 Henry St 10002

O.M.

Security gaurd Tasheem Cereen have never seen damon ash and Jhen shearky together or speak to each other. I Also haven't seen any problems or conflict towards each other.

I have never had any problems with Damon Ash since he has lived here He does keep to himself AND seem to be not bother by others at times

Gary Braithwal
Apt 3A

I Seprity Gaurd Tasheem Cereen was working on october 4, 2015 talking to Lamon Ash (4A). A few minutes later Aaron Scheeter (4C) came downstair where me and damon was. I over heard Aaron told damon that he went to the d.A Office to admit that him and damon has no conflict between them and he dose not Bother any other roommate on his floor.



JREW M. CUOMO
vernor

HOWARD A. ZUCKER, M.D., J.D.
Acting Commissioner

SALLY DRESLIN, M.S., R.N.
Executive Deputy Commissioner

March 31, 2015

Damon C. Ash
249 Henry Street- Apt. 4A
New York, NY 10002

OPMC # 15-03-1186

Dear Mr. Ash:

Thank you for your February 11, 2015 correspondence to the Office of Professional Medical Conduct (OPMC). OPMC is responsible for investigating allegations of professional misconduct by licensed physicians, physician assistants and specialist assistants.

OPMC does not have jurisdiction over social workers. Therefore, your correspondence regarding Laura Poschar, L.C.S.W. has been forwarded to the New York State Education Department, Office of Professional Discipline (OPD). If you have any further information to share regarding the issue you have raised, please send the information directly to OPD at the address provided below. Also, please direct any questions to:

Louis Catone
New York State Education Department
Office of Professional Discipline
80 Wolf Road Suite 204
Albany, NY 12205-2643
518-485-9350

If you have further questions regarding the processing of your complaint, or this letter, you may contact this office at 800-663-6114.

Sincerely,

James Garofallou-Hogan
Nurse Investigator
Office of Professional Medical Conduct



**CIVIL COURT OF THE CITY OF NEW YORK**
111 CENTRE STREET
NEW YORK, NY 10013



HON. ANNE KATZ
JUDGE, HOUSING COURT

March 6, 2017

Damon Ash
3491608208
125 White Street
New York, New York 10013

     Re:    219 Henry Street Development Fund Corp. V. Damon Ash
             Index Number 78757/15

Dear Mr. Ash:

     I am in receipt of your correspondence in which you express various complaints. As I previously stated in my correspondence of March 9, 2016, one of my responsibilities as Supervising Judge of the Housing Court in New York County is to investigate and respond to any complaints made about the court and/or courtroom proceedings in order to allow the public to be properly served.

     I have also read your correspondence which complains about individuals who broke into your home, individuals who caused you physical injury, forged documents on the part of the landlord and its agents and alleged gag orders. Such complaints are criminal in nature and are not appropriate for the housing court. You may which to address your complaints to the District Attorney's office or other appropriate agency.

     I do appreciate that you shared your concerns with me and hope they reach a resolution.

                                   Sincerely,

                                   Anne Katz
                                   Supervising Judge, Housing Court
                                   New York County

# The Conclusion

The conclusion of this all is that the Untided jewish counmsel which was spear headed by Joacbson and Klein was hell bent on going out of there to make sure that every officer of the 7th precinct that dealt with me knew that that in their eyes I was a demon and a devil when in all reality it was them that started it all by asking me about my spast and proding me and my DNA. lt.Leahy and sgt Lee lead their officers also to do the biding of these people by repeating what they have hear and been told and going out their way to brake a sworn oath in exchange for a personality and character which reflected in their actions.

There is no doubt what so ever that they purposely and intentionaly defamed my character because it can be seen in the evidence when they and their employees called me a nigger.while their members of the United Jewish counsel went along with it all and made jokes such as Nigger want a watermelon.They went out there way to harrass me and let me know to take down the things I posted while the United Jewish counsel and Lt.leahy Sgt Lee and other officers of the 7th precinct spread the word through out my building and the lower eastside community that I was a demon and a devil in the hopes to make others reject me and treat me bad which is was they actually succeeded in doing.

Their actoins caused me physical and mental damagethat will be felt for the rest of my life.I was diagnosed with a mental disease which I am still seeing a specailist for and taken medication for as you read this.They used their their hate and anti-semitic words and anti-semitic actions to destroy my life,cause me ill-will,while trying to cause me physical harm and causing me mental anguish.if there was ever a cry for a racial and a religious hate crime under Federal law and a cry for anti- semitism this is one I cry out to you and the courts for that took place against me seeing that I am a DNA living proof Hebrew American from the blooblind of my forefather SHEM.

With that being said I would like to establish and put on record through the Federal Court the legal meaning and etomology of Semitic.The 1993 Meriam Webster Dictionary on page 1065 says that the Etomology of the word Semitic starts off from the greek-"semitisch" who got it from the word "Semit" Semite which got it NL being new Latins word semita which got it from LL which is late.latin that used the word Sem and Shem as early as 1813 and they picked up from the Hebrews.The definition for Semitic mean:"of,relating to, or constituting a subfamily of the **AFRO ASIATIC** language family that includes

# The Conclusion

Hebrew|'Aramaic|'arabic|'and Amharic".Now to give you a short history lesson|'
arabic even though is considered a semitic llanguage only came about after
Mahahmahd founded the islam religion in 750 A.D.. And the aribics today
are not a pure race but did come from an afro-asiatic people.And the only
ones out of all of them that are considered a true arab race with links
to the E1 gene and Haplo-group is saudi's but most of the Yemens which came
from the Black Beduins.But the key thing in this etomology and definition
that I want you to notice is the key word|'"AFRO_ASIATIC".None of these Ashkenazi
Jewish people have the DNA.look.or title of an afro-asiatic who is an afr-
american nor do they looklike an afro anything.

Now take a look at the etomology and defintion of the word **SEMITE**-
which starts of with britian using the word"semit: that came from the french
word Sem and shem who got it from Late Latins word shem and the Latins who
got it from the Greeks word Sem who picked it up from the Hebrews Shem.
Definition;"A member of any of a number of peoples of ancient southwestern
Asia including the Akkiadians|'Phoenicians|'Hebrews,and arabs.A descendent of
these people." the key word here is "DESCENDENTS".And once again if you dont
know history the Akkiadians and Phoenicians were afro asiatics and a part
of Babylon back in the times of Nimrod.this is the same Nimrod that President
Bush ordered the US Army to retrieve with the NBC news out of Iraqs centrel
bank.The pics of nimrod coffin and gold can be seen on my youtube as it shows
a black man with dreadlocks.

I say all of this to show you that the anti-semitic law that they worked
so hard to get Busg to sign does not apply to them.And to show you how good GOD
is|'they went through all that trouble to push a law that at the end of the
day apply to a people who have had their whole history erased and are still
in exile out of their land as we speak.The bible is said by every historian to
be a 100 percent true and a map of this world and its predictions in its pages
are our worlds history.with this being said|'Every single time the ancsesaors
messed up they were enslaved and oppressed by each nation that conqured them.
Only one peoiple match this desritpion in this world today.

So I ask you to please see the truth in how the defendants went out their
way ruin my reputation by spreading lies to defame my character|'and went out
their way to install fear through their actions and criminal behaviour to
get me to stop practicing my religous freedoms.they held no regard for my
well being or health while they caused me lifetime trauma and took everything
away from me.A non=semitic people who committed the ultimamite anti-semitic
and race hate crime toward a man who is a real semitic that this law applies
to.

# The Conclusion

The defendants actions to defame my character and stop me from practicing my religous freedoms can be seen in the domino effect it had on my surroundings with the people I encountered and lived with on a daily bases.Which treated me differently and shunned me because of these defendants actions.Their actions effected my personal life,my love life and my future.This can be seen in the facts that I have stated and in the defendants answer were they not once refuted any of my claims but only agured that this should be dismissed because of the statute of limitations had run out.

And even with their claim of the staute of limitatins running out they made sure to thwart me in that so I would tell the truth while trying to bribe me to keep it all hush hush in a gag order.Their actions your Honor where not in no way isolated to me or a one time thing,but spreaded like cancer to all over to infect everyone around them and myself that they were intouch with.

Thank You for your precious time,
Honorable Judge Gregory H.Woods

Damon Ash

P.S. I also forgot to mention a great truth and fact that is on record and on transcripts,The friend and associat of the United jewish counsel who also prosecuted this trumped up case that I am in here on,had me brought to court on on 100 Centre street in the Month of april 2016 and asked the to lock me up because the Untied jewish Counsel had told him I was posting things on Youtube.The Judge asked him what was I posting and he answers that I was teaching the people,The judge then says,"teaching the people what" and he doesnt reply so when he doesnt say anything the judge then says to him that he cant lock me up for posting things on Youtube.This is another fact of them using their influence in the polical and legal arenea to corrupt everything around them in-order to hide their criminal activities and who they are.This can be found as truth under plublic law in the transcripts for the month and date I gave you.I am having troubles getting a copy for you seeing that the prison copier is down,When It gets working I will send it to you.Or you can request this transcript that I have.

Dear Honorable Gregory H. Woods:

I first want to thank the courts for letting me re-plead my case of the religious discrimination and for the defamation claims, which are due to you on the said date of **February 15,2020**. I also want to thank the Courts also for given me the chance to show the courts why the statute of limitations should be equitably tolled with regards to the May 16,2013 and January 26,2015 incidents, which are due on the said date of **February 15,2020**.

In order for me to satisfy the courts with an affidavit that provides actual facts in support to my argument, I will have to give the Courts a full lengthy story of truths, starting from the beginning to the end in order to back up my claims, show the facts, while providing the Courts with a good understanding as to why these incidents and dates should be equitably tolled.

So I have chosen to consolidate the 2 due dates of February the 1st,2020 and February the 15th,2020 in hopes of given the courts the true factual events that took place against my persons which also where against my Constitutional rights, and statutes under New York state Law, and where also willingly by free will of the defendants to be shown as criminal in nature.

I also in hopes of starting from the beginning with the whole story of events bring to light why the Jane and John doe detectives that were dissmissed, should of never been dissmissed, because of the criminal nature and character of the defendants in their repetitive actions, were given a chance by the courts to investigate themselves, which to me was wrong, seeing that they have already have had a habit of showing no regard or respect for the law. Plus if all the courts in this nation gave their accusers a chance to investigate themselves, we would have a nation of crimeless crimes.

I aim to show the courts that by the defendants investigating themselves, they had more to gain then to lose. Its the same has to say Harvey Weinstein investigating himself, in the end he would conclude that there was never any victims, even though the evidence shows it as well as the cries from the vitctims which can be heard. I am asking the courts to hear my cries, and see my factual evidence, while seeing how the defendants held no regard or respect for my rights, my religiuos beliefs, or the Law and our Constitutional rights.

Thank You Your Honorable Judge Woods.

Damon Ash 17A3183
Great Meadow Corr. Fac.
11739 State Rt. 22, P.O. Box 51
Comstock, New York, 12821-0051



Pro Se Unit Room 200 (16-cv-9548-GHW)
Attn: Honorable Judge Gregory Woods
500 Pearl Street
New York, New York 10007

UCMP3
UMTY

**LEGAL MAIL**