USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

DAMON ASH,

                Plaintiff,

     -against-                         1:16-cv-9548-GHW

BETTY JACOBSON, LAURA                  ORDER
PORSCHAR, and NORMA KLEIN

                Defendants.

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 17, 2020, the Court received a letter from Mr. Ash asking the Court to again reconsider its order denying equitable tolling of his claims. *See* Dkt No. 143. The Court has already decided a motion for reconsideration of this ruling from Mr. Ash. *See* Dkt No. 146. In his letter, Mr. Ash does not raise new facts that would lead the Court to change its view. The Court has decided that Mr. Ash is not entitled to equitable tolling, and it cannot continue to entertain requests to revisit that ruling from Mr. Ash indefinitely. The Court expects Mr. Ash to file his opposition to Defendants' motion for judgment on the pleadings no later than one month following service of the motion and accompanying papers; Defendants' motion is due April 17, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Ash by first-class and certified mail.

SO ORDERED.

Dated: March 19, 2020

                                                            _____
                                                                GREGORY H. WOODS
                                                            United States District Judge