**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAMON ASH,

                        Plaintiff,

      -against-                                           16 **CIVIL** 9548 (GHW)

                                                                        **<u>JUDGMENT</u>**

BETTY JACOBSON and LAURA PORSCHAR,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated June 1, 2020, the remaining Defendants motion for judgment on the pleadings is granted; the Court denies Mr. Ash leave to replead his claims; judgment is entered for Defendants, and this case is closed.

**Dated:**  New York, New York
           June 3, 2020

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                                      Clerk of Court
                                                     **BY:**
                                                                        Deputy Clerk