```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
DAMON ASH,                                                     :
:
                       Plaintiff,      :
:
       -against-                                         :    1:16-cv-9548-GHW
:
BETTY JACOBSON, LAURA                                          :
PORSCHAR, and NORMA KLEIN                                      :    <u>ORDER</u>
:
                      Defendants.    :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 17, 2020, the Court received a letter from Mr. Ash. Dkt No. 166. That letter appears to request that the Court makes changes to Mr. Ash's birth certificate. That request is not related to the issues the Court decided in this case. The Court has dismissed all claims in this case, and the case is closed. If Mr. Ash wants to raise new claims—including issues related to his birth certificate—he must initiate a new lawsuit before the appropriate court.

      The Clerk of Court is directed to mail a copy of this order to Mr. Ash by first-class and certified mail.

      SO ORDERED.

Dated: June 17, 2020

                                                                 GREGORY H. WOODS
                                                            United States District Judge